**Order entered June 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00116-CR
No. 05-13-00117-CR

**JENNY REBECCA BONHAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-54172-Q, F12-54174-Q**

## ORDER

On the Court's own motion, we **ORDER** the appellant's brief received on June 10, 2013

filed as of the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE